# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

November 1, 2013

*Before*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| No.: 13-2881 | IN RE: ARCHDIOCESE OF MILWAUKEE, Debtor<br><br>APPEAL OF: OFFICAL COMMITTEE OF UNSECURED CREDITORS |
|---|---|
| No.: 13-3353 | IN RE:<br>OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br>Petitioner |
| **Originating Case Information:** | |
| District Court No: 2:13-cv-00179-RTR<br>Eastern District of Wisconsin<br>District Judge Rudolph T. Randa | |

Upon consideration of the **PETITION FOR A WRIT OF MANDAMUS DIRECTING THE HONORABLE RUDOLPH T. RANDA TO RECUSE HIMSELF PURSUANT TO 28 U.S.C. § 455**, filed on October 23, 2013, by counsel for the petitioner in appeal no. 13-3353,

**IT IS ORDERED** that these appeals are **CONSOLIDATED** for purposes of briefing and disposition. The briefing schedule is as follows:

1.      The brief and appendix of Petitioner/Appellant Official Committee of Unsecured Creditors will be due by January 15, 2014.

2.      The response brief of Appellee/Party-in-Interest Jerome E. Listecki will be due by February 14, 2014.

3.      The response brief of Party-in-Interest Archdiocese of Milwaukee will be due by February 14, 2014.

4.      The reply brief of Petitioner/Appellant Official Committee of Unsecured Creditors, if any, will be due by February 28, 2014.

Counsel for the Real Parties-in-Interest Jerome E. Listecki and Archdiocese of Milwaukee are encouraged to file a joint brief or adopt parts of a co-party-in-interest's brief.

Important Scheduling Notice !

Notices of hearing for particular appeals are mailed shortly before the date of oral argument.  Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief.  If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability.  Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf.  Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)