# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

March 9, 2015

| Before: | JOEL M. FLAUM, Circuit Judge |
| --- | --- |
| | ANN CLAIRE WILLIAMS, Circuit Judge |
| | ROBERT M. DOW, District Court Judge* |

| Nos. 13-2881. 13-3353 & 13-3495 | JEROME E. LISTECKI, as Trustee of the Archdiocese of Milwaukee Catholic Cemetery Perpetual Care Truste, Plaintiff - Appellee v. OFFICAL COMMITTEE OF UNSECURED CREDITORS, Defendant - Appellant |
| --- | --- |

| **Originating Case Information:** |
| --- |
| District Court No: 2:13-cv-00179-RTR Eastern District of Wisconsin District Judge Rudolph T. Randa |

The judgment of the District Court is AFFIRMED IN PART and REVERSED IN PART, and the appeal is REMANDED for further proceedings consistent with the opinion. Circuit Rule 36 shall apply on remand.

The above is in accordance with the decision of this court entered on this date. Costs are to be assessed against the appellee.

*Of the United States District Court for the Northern District of Illinois, sitting by designation.